IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REATHER LAWRENCE,              )
individually and on behalf     )
of all other personal          )
credit card holders, etc.,     )
                               )
     Plaintiff,                )
                               )
     v.                        )   CIVIL ACTION NO.
                               )    2:03cv280-MHT
HOUSEHOLD BANK (SB), N.A.,     )        (WO)
and HOUSEHOLD CREDIT           )
SERVICES, INC.,                )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment filed by defendants Household Bank (SB), N.A., and Household Credit Services, Inc. (doc. no. 76) is granted.

(2) Judgment is entered in favor of defendants Household Bank (SB), N.A., and Household Credit Services,

Inc. and against plaintiff Reather Lawrence, with plaintiff Lawrence taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Lawrence, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of August, 2007.

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE